PARMELE PHARMACAL CO., Plaintiff-Appellant, v. Louis I. WEINER, Trading as the Tablax Co., Defendant-Appellee.

(Circuit Court of Appeals, Second Circuit. January 19, 1925.)

No. 145.

Appeal from the District Court of the United States for the Southern District of New York.

Prindle, Wright, Neal & Bean, of New York City, for appellant.

Walter H. Pumphrey, of New York City, for appellee.

Before ROGERS, HOUGH, and HAND, Circuit Judges.

PER CURIAM. Decree 5 F.(2d) 750, affirmed.